FILED
CLERK, U.S. DISTRICT COURT
SEP 3 0 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
BRANDON LEE HILL,
Defendant.

Case No. 2:18-cr-00020-JLS

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On May 28, 2026, Defendant Brandon Lee Hill made his initial on a petition for revocation of supervised release. DFPD Taylor Gee was appointed to represent Mr. Hill.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

Mr. Hill's history of prior alleged violations and the instant allegations, which reflect the accusation that Mr. Hill violated the law by possessing a firearm, as well as allegations that he was driving on a suspended license and did not yield to the police when they attempted to pull him over.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The nature of the instant allegations, which include possession of a firearm—the same conduct for which he was convicted in the underlying case.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 30, 2026

/s/

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE